```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKIE WILLIAMS, et al.       :       CIVIL ACTION
                               :
         v.                    :
                               :
SECURITAS SECURITY SERVICES    :
USA, INC.                      :       NO. 10-7181
```

ORDER

      AND NOW, this 17th day of August, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

      (1)  the motion of plaintiffs for conditional certification pursuant to 29 U.S.C. § 216(b) is GRANTED in part and DENIED in part;

      (2)  to the extent plaintiffs' motion requests conditional certification of a class of all Pennsylvania employees of defendant Securitas Security Services USA, Inc. who attended an unpaid orientation program at the beginning of their employment, the motion is GRANTED;

      (3)  the parties, on or before August 30, 2011, shall jointly submit for court approval a form of notice to be distributed to all of defendant's Pennsylvania employees describing their right to participate in this collective action; and

      (4)   the motion of plaintiffs is DENIED in all other respects.

                              BY THE COURT:

                              /s/ Harvey Bartle III
                                                  J.