IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANKIE WILLIAMS, KIMBERLY ORD and MATTHEW DEVINE, on their own behalf and for all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA INC.<br><br>    Defendant. | Civil Action No. 10-cv-07181<br><br><br><br><br>Hon. Harvey Bartle, III |

### STIPULATION RE: SUBMISSION OF NOTICE

WHEREAS, by Order dated August 17, 2011 (Doc. No. 45), the Court granted in part and denied in part Plaintiffs' Motion for Conditional Certification;

WHEREAS, the Court's August 17, 2011 Order directed the Parties to jointly submit for Court approval a form of notice to be distributed to all of defendant's Pennsylvania employees describing their right to participate in this collective action by August 30, 2011;

WHEREAS, on August 25, 2011, Plaintiffs filed a Motion for Reconsideration of the Court's August 17, 2011 Order, and Defendant is preparing an opposition to this filing; and

WHEREAS, in order to conserve the resources of the Parties and the Court, the Parties desire to postpone submitting a proposed form of Notice until after the Court resolves Plaintiffs' Motion for Reconsideration;

NOW THEREFORE, the Parties stipulate that they will meet and confer and file a Proposed Notice with the Court within 14 days of the Court's Order ruling on Plaintiffs' Motion for Reconsideration, and respectfully request the Court to so order:

Dated: August 29, 2011

By: /s/ David J. Cohen                    By: /s/ Martha Keon
      David J. Cohen, Esq.                         Martha Keon, Esq.

|  |  |
|---|---|
| Kolman Ely, P.C. | Littler Mendelson, P.C. |
| 414 Hulmeville Avenue | 1601 Cherry Street, Suite 1400 |
| Penndel, PA 19047 | Philadelphia, PA 19102-1321 |
| (215) 750-3134 | (267) 402-3050 |
| dcohen@kolmanlaw.net | mkeon@littler.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

**IT IS SO ORDERED:**


_____
       HON. HARVEY BARTLE, III

Firmwide:103523650.2 056919.1030