```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKIE WILLIAMS, et al.       :       CIVIL ACTION
                               :
          v.                   :
                               :
SECURITAS SECURITY SERVICES    :
USA, INC.                      :       NO. 10-7181
```

ORDER

AND NOW, this 3rd day of October, 2011, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of plaintiffs for reconsideration (Dkt. No. 46) is DENIED.

```
                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                  J.
```