IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| FRANKIE WILLIAMS, KIMBERLY ORD and MATTHEW DEVINE, on their own behalf and for all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA INC.<br><br>Defendant. | Civil Action No. 10-cv-07181<br><br><br><br>Hon. Harvey Bartle, III |

## SECOND STIPULATION RE: SUBMISSION OF NOTICE

WHEREAS, by Order dated August 17, 2011 (Doc. No. 45), the Court granted in part and denied in part Plaintiffs' Motion for Conditional Certification;

WHEREAS, the Court's August 17, 2011 Order directed the Parties to jointly submit for Court approval a form of notice to be distributed to all of defendant's Pennsylvania employees describing their right to participate in this collective action by August 30, 2011;

WHEREAS, on August 25, 2011, Plaintiffs filed a Motion for Reconsideration of the Court's August 17, 2011 Order, which Defendant opposed;

WHEREAS, on September 1, 2011, the Court approved the Parties' Stipulation re: Submission of Notice giving the Parties 14 days from the Court's Order ruling on Plaintiff's Motion for Reconsideration to meet and confer and submit to the Court a Notice to Putative Collective Action members (Doc. No. 48);

WHEREAS, by Order dated October 3, 2011, the Court denied Plaintiff's Motion for Reconsideration (Doc. No. 53), and

WHEREAS, the Parties are now engaged in settlement discussions and desire to continue those discussions and present a form of Notice to the Court that incorporates the settlement terms for presentation to putative collective action members;

NOW THEREFORE, the Parties respectfully request that the Court extend the deadline to submit a form of Notice until **Friday, October 28, 2011**.

Dated:  October 17, 2011

| | | | |
|---|---|---|---|
| By: | /s/ David J. Cohen | By: | /s/ Martha Keon |
| | David J. Cohen, Esq. | | Martha Keon, Esq. |
| | Kolman Ely, P.C. | | Littler Mendelson, P.C. |
| | 414 Hulmeville Avenue | | 1601 Cherry Street, Suite 1400 |
| | Penndel, PA 19047 | | Philadelphia, PA 19102-1321 |
| | (215) 750-3134 | | (267) 402-3050 |
| | dcohen@kolmanlaw.net | | mkeon@littler.com |
| | *Counsel for Plaintiffs* | | *Counsel for Defendant* |

**IT IS SO ORDERED:**

_____
HON. HARVEY BARTLE, III

Firmwide:104585241.1 056919.1030