# EXHIBIT B-2

### DAVID J. COHEN, ESQ.

A highly skilled and successful class-action attorney, David J. Cohen has spent more than fifteen years fighting to protect the rights of millions of consumers, union members, patients and shareholders against improper conduct by the world's largest companies.

Before joining the private sector, Mr. Cohen completed a unique clerkship with the Hon. Stephen E. Levin in the Philadelphia Court of Common Pleas, during which he not only helped to develop a respected and efficient system for the resolution of the Court's class action cases, but also contributed to several well-regarded works on class actions. Mr. Cohen earned a J.D. from the Temple University School of Law in 1994. While attending law school, Mr. Cohen was awarded the Barristers Award for excellence in trial advocacy and worked as a teaching assistant for Temple's Integrated Trial Advocacy program. Mr. Cohen graduated with honors from the University of Chicago in 1991.

Mr. Cohen has prosecuted, and worked on, dozens of significant antitrust, consumer, employment and securities matters for three highly-regarded Philadelphia firms over the past fifteen years. These matters include: Heindel v. Merck (D. N.J.), the first class action accusing Merck of consumer fraud for failing to disclose the cardiovascular risks of Vioxx; El v. SEPTA (E.D. Pa.), arguably the most significant ex-offender rights case litigated in Pennsylvania last decade; and Cirulli v. Hyundai Motor America (C.D. Cal.), which led Hyundai to implement a massive, nationwide recall relating to rusting sub-frames, and a number of wage and hour cases seeking to vindicate the overtime rights of health system workers. Mr. Cohen is presently involved in more than twenty different complex class actions against a wide range of defendants in federal and state courts nationwide.

Mr. Cohen is admitted to practice in the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey and the state courts of Pennsylvania and New Jersey. He is a member of the American and Philadelphia Bar Associations.

1

Mr. Cohen is also actively involved in the Old City Civic Association, where he serves on the Board, the Executive Committee and as the Recording Secretary. He is a member of the Young Friends of Inglis House, an interviewer for the University of Chicago alumni interview program, a judge for the Temple University Beasley School of Law Moot Court Honor Society competitions, and a past volunteer for the Philadelphia Bar Association Legal-Line advice service.

## REPRESENTATIVE CASES

Antitrust:
  *Carbon Fiber Antitrust Litigation* (C.D. Cal.)
  *Cigarette Antitrust Litigation* (N.D. Ga.)
  *EPDM Antitrust Litigation* (D. Mass.)
  *Flat Glass Antitrust Litigation* (W.D. Pa.)
  *Graphite Electrodes Antitrust Litigation* (E.D. Pa.)
  *K-Dur Antitrust Litigation* (D. N.J.)
  *Linerboard Antitrust Litigation* (E.D. Pa.)
  *IBEW-NECA Local 505 Health and Welfare Plan v. Smithkline Beecham Corp.* (E.D. Pa.)
  *In re LTL Shipping Services Antitrust Litigation* N.D. Ga.)
  *National Football League Antitrust Litigation* (E.D. Pa.)
  *Nylon and Polypropylene Carpet Antitrust Litigation* (N.D. Ga.)
  *Organic Peroxides Antitrust Litigation* (D. D.C.)
  *OSB Antitrust Litigation* (E.D. Pa.)
  *Payment Card Interchange Fee Litigation* (E.D. N.Y.)
  *Plastic Additives Antitrust Litigation* (E.D. Pa.)
  *Plumbers and Pipefitters Local 572 Health and Welfare Fund v. Biovail Corp.* (E.D. Pa.)
  *Relafen Antitrust Litigation* (D. Mass.)
  *Vitamins Antitrust Litigation* (D. D.C.)

Consumer/Products:
  *Baycol Products Liability Litigation* (D. Minn)
  *In re Bayer Corp. Combination Aspirin Prod. Marketing/Sales Practices Litig.* (E.D.N.Y)
  *Bridgestone / Firestone Tire Recall Litigation* (Pa. St. Ct.)
  *Celebrex Consumer Litigation* (State and Federal Courts)
  *Chapman v. Jackson-Hewitt, Inc.* (D.N.J.)
  *Chrysler Airbag Defect Litigation* (Pa. St. Ct.)

*Compaq Computer Litigation* (S.D. Tex.)
*Deluhery v. Unifiednames, Inc.* (D.N.J.)
*Diamond v. TicketMaster Entertainment, Inc.* (C.D. Cal.)
*Employers Mutual Casualty Co. v. Cephalon* (E.D. Pa.)
*Fabian v. Fulmer Helmets, Inc.* (W.D. Tenn.)
*Ford Transmission Defect Litigation* (E.D. Pa.)
*Galiano v. Fidelity National Title Ins. Co.* (E.D.N.Y.)
*GM Advertising Litigation* (D. Minn.)
*Hale v. Stryker Orthopaedics Corp.* (D.N.J.)
*Lupron Marketing and Sales Practices Litigation* (D. Mass.)
*Paoli Railroad Yard PCB Litigation* (E.D. Pa.)
*Pharmaceutical Industry Average Wholesale Price Litigation* (D. Mass.)
*Polk v. Schering-Plough Corp.* (D.N.J.)
*Skin Cap Products Liability Litigation* (S.D. Fla.)
*Synthroid Marketing Litigation* (D. Ill.)
*Viagra Insurance Coverage Litigation* (M.D. Fla. and E.D. N.Y.)
*Vioxx Consumer Litigation* (State and Federal Courts)
*Water Heater Products Liability Litigation* (E.D. Mo.)
*Zyprexa Payer Litigation* (E.D. N.Y.)

Employment:
*Alexander v. KRA Corp.* (Pa. St. Ct.)
*Boice v. SEPTA* (Pa. St. Ct.)
*El v. SEPTA* (E.D. Pa.)
*Glatts v. Crozer-Keystone Health System* (Pa. St. Ct.)
*Glover v. Temple University Health System* (Pa. St. Ct.)
*Heiser v. SEPTA* (Pa. St. Ct.)
*Holt v. SEPTA* (Pa. St. Ct.)
*Marrero v. KRA Corp.* (E.D. Pa.)
*Myers v. Jani-King of Phila., Inc.* (E.D. Pa.)
*Turner v. Mercy Health System* (Pa. St. Ct.)
*Vanston v. Maxis Health System* (Pa. St. Ct.)

Miscellaneous:
*DeMar Group v. Compass Group USA, Inc.* (D.N.J.)
*Holocaust Slave Labor Litigation* (E.D. N.Y.)
*Holocaust Swiss Bank Litigation* (E.D. N.Y.)
*European Insurance Holocaust Litigation* (S.D. N.Y.)
*United States of America ex rel. Kite v. Bessler Consulting* (D.N.J.)

Securities:

> *Abbott Securities Litigation* (N.D. Ill.)
> *El Paso Derivative Litigation* (Del. St. Ct.)
> *Initial Public Offering Securities Litigation* (S.D.N.Y.)
> *Labranche Derivative Litigation* (N.Y. St. Ct.)
> *Oracle Securities Litigation* (N.D. Ca.)
> *Parmalat Securities Litigation* (S.D.N.Y.)
> *PE Corp. Securities Litigation* (D. Conn.)
> *PRI Automation, Inc. Securities Litigation* (D. Mass.)
> *TXU Securities Litigation* (N.D. Tx.)
> *Tyco Derivative Litigation* (N.H. St. Ct.)
> *Xcel Derivative and Securities Litigation* (D. Minn)