```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKIE WILLIAMS, et al.         :        CIVIL ACTION
                                 :
          v.                     :
                                 :
SECURITAS SECURITY SERVICES      :
USA, INC.                        :        NO. 10-7181
```

ORDER

AND NOW, this 8th day of November, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the unopposed joint motion for an order granting final approval of the settlement and dismissing the action is GRANTED;

(2)  the unopposed motion of the plaintiffs for final approval of the proposed incentive, fee, and expense awards is GRANTED;

(3)  in accordance with the Stipulation of Settlement, $240,000 will be paid by the defendant Securitas Security Services USA, Inc., including compensation totaling $100,000 awarded to participating class members, payments totaling $15,000 awarded to the named plaintiffs, and $125,000 in attorneys' fees, costs, and expenses awarded to the attorneys for the plaintiffs; and

(4)  this court shall retain jurisdiction with respect to all matters related to the administration and consummation of

the settlement, and any and all claims asserted in, arising out of, or related to the subject matter of this action, including but not limited to all matters related to the settlement and the determination of all controversies relating to it.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                            J.